
RD 1/15/2020

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

Docket & File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

                         Case No.  1:19-cv-6805-KAM-JO

         Plaintiff,

- against -

JEFFREE STAR COSMETICS, INC.,

         Defendants.
---------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

      Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Jeffree Star Cosmetics, Inc. No Answer has been filed in this case.

Dated: Scarsdale, New York
       January 7, 2020

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                           By: */s/Dan Shaked*
                              Dan Shaked (DS-3331)
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              e-mail: ShakedLawGroup@Gmail.com

SO ORDERED
1/10/20

s/ Kiyo A. Matsumoto
US District Judge
EDNY